PROB 12B
(7/93)

# United States District Court

for

District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Yohance McDougald                                        Cr.: 05-00-159-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 10/25/05

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 33 months imprisonment; 2 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/18/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

On May 26, 2007, the offender was arrested by Newark Police Department, and was charged with possession of drug marijuana. He pled guilty to possession of drug paraphernalia on May 28, 2007, and was assessed a suspended jail sentence and a monetary sanction. The offender failed to notify the probation office within 72 hours. Additionally, the offender tested positive for marijuana usage while under our supervision.

Respectfully submitted,
By: Elisa Martinez
U.S. Probation Officer
Date: 01/09/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

1/15/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    To modify the conditions of supervision as follows. The addition of the following special condition(s):

    The defendant shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____  Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee
Elisa Martinez                                      Yohance McDougald

_____
1-9-08
DATE