PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Yohance Ajamu McDougald  **Docket Number:** 05-00159-001

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:** 10/25/05

**Original Offense:** CONSPIRACY TO DEFRAUD THE UNITED STATES

**Original Sentence:** 33 months imprisonment; 2 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 10/18/06

**Assistant U.S. Attorney:** Eric H. Jaso, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Peter Carter, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On May 26, 2007, the offender was arrested by Newark Police Department and charged with possession of marijuana. According to arrest/investigation reports, while conducting tavern inspections in the surrounding area, officers observed the offender drop a clear plastic bag to the ground and walk away. An officer detained the offender while a second officer retrieved the plastic bag, which was found to contain a small amount of marijuana. The offender was arrested without incident. |
| | On May 28, 2007, the offender pled guilty to possession of drug paraphernalia in Newark Municipal Court, and was sentenced to 30 days suspended jail sentence, and assessed $258 in fines and court costs. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |

|   |   |
|---|---|
|   | The offender failed to notify the probation office within 72 hours of his arrest. |
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On July 31st and September 4, 2007, as well as January 8th, and March 7, 2008, the offender submitted urine samples which were positive for the use of marijuana. |
| 4 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>On November 20, 2007, a substance abuse assessment was conducted and it was recommended the offender participate in weekly group and individual counseling sessions at the Integrity Program in Newark, New Jersey. On February 1, 2008, the offender was discharged as he failed to adhere to the rules and participate in the program. |
| 5 | The offender has violated the special condition which states '**The defendant shall reside for a period of three months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'<br><br>On March 7, 2008, McDougald commenced his three-month-term at Toler House. Upon his arrival at the facility, he tested positive for marijuana. He failed to obtain employment as required by the halfway house, and he received multiple incident reports, including refusing to obey an order, interfering with the taking of count, and failing to participate in routine house cleaning. On May 26, 2008, he was discharged from Toler House for program non-compliance. At the time of his discharge, McDougald was threatening, abrasive, and belligerent with Toler House staff. |

PROB 12C - Page 3
Yohance Ajamu McDougald

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 6/18/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.   Date of Hearing: July 10, 2008 1:00PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/24/08
_____
Date